DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD GIVOGUE** and **MARY BURLIUK HOLT,**
Appellants,

v.

**LIGHTHOUSE BAY CONDOMINIUM ASSOCIATION, INC.,
NORMA BERRIEL,** and **THOMAS MAGALETTA,**
Appellees.

No. 4D2023-1658

[July 10, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19020330.

Anthony D. Brown and Jeff M. Brown of Lavalle, Brown & Ronan, P.A., Boca Raton, for appellants.

Lawrence A. Shendell of Shendell & Associates, P.A., Deerfield Beach, for appellees.

PER CURIAM.

We affirm the trial court's order entering final judgment in favor of appellees with respect to appellants' counterclaim and third-party actions against appellees. Our affirmance is without prejudice to appellants' challenge of a fee order when issued.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***